UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**ORDER**

United States of America,

                Plaintiff,

v.

Delandez Dominique Williamson

                Defendant,

Docket No. 0864 0:14CR00344-012(JRT)

Due to the fact that the above-named defendant has pled guilty, [as well as the nature and circumstances of the offense.]

IT IS HEREBY ORDERED that the following condition be removed from the defendant's conditions of release:

Maintain residence at a halfway house or community corrections center, as the U.S. Probation and Pretrial Services Office or supervising officer considers necessary.

Dated: June 16, 2015

John R. Tunheim
U.S. District Judge

SCANNED
JUN 1 6 2015
U.S. DISTRICT COURT MPLS